**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **KATHERINE LIDDLE** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 4:16-CV-3147** |
| | § | |
| **THE TRAVELERS HOME AND** | § | |
| **MARINE INSURANCE COMPANY AND** | § | |
| **JASON C. RAFA** | § | |

## JOINT STIPULATION OF DISMISSAL

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

COME NOW, Katherine Liddle, the plaintiff herein, and The Travelers Home and Marine Insurance Company and Jason Rafa, the defendants herein, and stipulate to the dismissal of any and all claims asserted in this lawsuit with prejudice to the re-filing of same. By virtue of this stipulation of dismissal, all claims and causes of action asserted in this lawsuit shall be dismissed with prejudice to the re-filing of same. This stipulation of dismissal is signed by counsel for all parties who have appeared in this lawsuit.

Respectfully submitted,

Fitts Law Firm, PLLC
2700 Post Oak Blvd., Suite 1120
Houston, Texas 77056
(713) 871-1670
(713) 583-1492 facsimile

Carla R. Delpit
State Bar No. 24082183
Southern District Bar No. 2248226
cdelpit@fittslawfirm.com

ATTORNEYS FOR PLAINTIFF
KATHERINE LIDDLE

ORGAIN BELL & TUCKER, LLP

P O Box 1751
Beaumont, TX 77704-1751
(409) 838-6412
(409) 838-6959 facsimile

/s/ Greg C. Wilkins
Greg C. Wilkins
Attorney-in-charge
State Bar No. 00797669
Southern District Bar No. 33280
gcw@obt.com

ATTORNEYS FOR DEFENDANTS,
THE TRAVELERS HOME AND
MARINE INSURANCE COMPANY
AND JASON C. RAFA

**CERTIFICATE OF SERVICE**

I do hereby certify that on the 6th March, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all known counsel of record.

/s/ Greg C. Wilkins